United States Court of Appeals
For The Second Circuit

RECEIVED
2023 JUN -6 AM II: 07
CLERK'S OFFICE
U.S. COURT OF APPEALS

Ralph Hall, Pro-Se, Appellant,

-Against-

DOCC'S Commissioner, Annucci, et al., Appellees

Plaintiff's
Reply Brief
To Respondents'
Brief For
Appellees

Docket No.
22-2031

Ralph Hall, say under penalty of perjury that;

1. Respondents, Defendants-Appellees Brief dated May 23, 2023 was received on May 30, 2023;

2. That such brief argues the same issue which was previously brought by their unsuccessful motion to dismiss concerning, disputed material facts involving whether or not plaintiff failed to grieve or exhaust grievance proceedings under the language in Bell v. Napoli, 2018 WL

1.

6506072, AND/OR <u>Ross v. Blake</u>, 136 S. Ct. 1850 (2016) RE: GRIEVANCE PROCEEDINGS WERE NOT AVAILABLE DUE TO "THREAT AND INTIMIDATIONS," PREVIOUSLY GRIEVED PRIOR TO FILING OF 42 USC 1983 COMPLAINT. (SEE DEFENDANT-APPELLEES MOTION TO DISMISS, DATED AUGUST 31, 2020)

3. GRIEVANCE, NEVERTHELESS WAS FILED ON <u>DECEMBER 01, 2017</u> (GH-88297-17); 42 USC 1983 COMPLAINT WAS FILED ON <u>JUNE 08, 2019</u>) THE RECORD FOR GRIEVANCE WOULD SHOW IT WAS NEVER TIMELY INVESTIGATED AND WAS MADE TO LANGUISH UNTIL THE CORRECTION OFFICER ALLEGED TO HAVE THREATENED PLAINTIFF HAD RETIRED. BASED ON THE ABOVE, FACTS, THE GRIEVANT'S ALLEGATIONS WERE SUMMARILY DENIED AS SUBSTANTIAL. GRIEVANCE WAS DENIED BY C.O.R.C ON <u>JUNE 26, 2019</u> BECAUSE C.O.R.C FOUND, "NO SUFFICIENT EVIDENCE OF ANY MALFEASANCE BY STAFF..." EXHAUSTION WAS REALIZED ONCE DIRECTIVE 4040 WAS NOT TIMELY COMPLIED WITH BY C.O.R.C BECAUSE THEIR REVIEW WAS NOT IN ACCORDANCE WITH GRIEVANCE PROCEDURES, PARTICULARLY, TIMELINESS. (SEE EXHIBITS PREVIOUSLY SUBMITTED BY RESPONDENTS)

2.

4. Disputed Facts also concern whether or not grievance proceeding was available to address the "Adequacy" of medical care which resulted in the infection of open wound during recuperation due to the failure to cleanse and change dressing on post operation wound. (See District Court's Opinion and Order that Denied Respondent-Appellees motion to Dismiss)

5. Material Facts continue to be in dispute regarding the availability of grievance proceeding. (Compare ARMAND v. SIMONSON, No. 12 CIV 7709 (KMK) WL 1257972 at *24 (SDNY, 03/20/2016)

District Court's Judgment should be Reversed on the Facts and the Law.

Dated May 30, 2023

To: Stephen J. Yanni
Asst. Solicitor Gen.
28 Liberty Street
New York, N.Y. 10005

Respectfully Submitted
Ralph Hull
Ralph Hall #05A5367
594 Route 216
Stormville, NY 12582

3.

N° 88297-17

TO: Grievance Program (GHCF)

DEC 0 5 2017

From: R. Hall #05A5367 (E-1-127)

Re: Inmate Grievance (C.O. Threats)

Date: December 1, 2017

"GRIEVANCE: As a result of prior and still, pending grievances, concerning grievance numbers - 85737-17, and, 86351-17 - Regarding particularly, ongoing and addellerated harassment and provocation "initiated" by Retaliatory," alleged," vindictiveness from Correctional officer, (unnamed) who is assigned to the facility "physical therapy" area, and who have been previously documented at "above" grievances, to include, pending Art. 78 now at Appellate Div. Second Dept., where said officer have announced that this grievant will "die" in this prison... (most recent C.O. harassment 11/29/2017 at Physical Therapy) To avoid this C.O.'s intimidation I have stopped going to physical therapy. Relief: That, alleged "Retaliation" by C.O. be clearly documented for further action and relief sought, in court

cc: et al,

Ralph Hall
Ralph Hall

GREEN HAVEN CORRECTIONAL FACILITY
CASE HISTORY AND RECORD
**GH-88297-17**

NAME: Hall, R.       DIN#: <u>05A5367</u>

TITLE: Threats/Retaliation for Prior Grievance      CODE: <u>49</u>

### GRIEVANCE (12/1/17):

As a result of prior and still, "pending grievances", concerning grievance numbers – 85737-17, and, 86351-17 – regarding particularly, ongoing and addellerated harassment and provocation "initiated" by retaliatory, "alleged", vindictiveness from Correctional Officer, (unnamed) who is assigned to the facility "physical therapy" area, and who have been previously documented at "above" grievances, to included, pending Art. 78 now at Appellate Div. Second Dept., where said officer have announced that this grievant will "die" in this prison...(most recent C.O. harassment 11/29/2017 at physical therapy) to avoid this C.O's intimidation I have stopped going to physical therapy.

### ACTION REQUESTED (12/1/17):

That, alleged, "retaliation" by C.O. be clearly documented for further action and relief sought, in court.

### IGRC RESPONSE (PT):

### SUPERINTENDENT'S RESPONSE (3/22/18):

The grievant complains of threats/retaliation for prior grievances.

According to the investigation, the grievant was interviewed by Sgt. J. The grievant had nothing further to add to his original written complaint nor could he provide any witnesses or support his allegations with any tangible facts.

The grievant was unable to name the CO in his complaint, but did identify him during the interview. That CO has since retired from DOCCS; therefore, he was unable to be interviewed or provide a written statement.

Based on the investigation conducted, the grievant's allegations could not be substantiated.

Grievance is denied.

### CORC APPEAL (3/26/18):

There was no hearing, Grievance process was "irregular". Grievance hearing was not "realized, according to, or in compliance with Directive. Such C.O. who is now retired, was made "Sergeant" prior to retirement, and the suborning, or delaying of grievance process. As to witnesses of which 3 exist, appeal would suffice – to – further substantiate all claims.



**Corrections and
Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## MEMORANDUM

**To:** Superintendent Griffin

**From:** IGP Supervisor

**Subject:** Initial Superintendent Review of Grievance Coded 49 – Staff Misconduct

**Date:** _____ 12-5-17 _____

Grievant's Name: _____ Hall _____ DIN: 05A5367 Loc: E1-127

GRIEVANCE NUMBER: GH _____ 88297-17 _____

Attached is a grievance that has been coded as a 49 – Staff Misconduct. Please review within 24 hours, and note your findings:

Superintendent Initial: _____

Date Reviewed: _____ 12/5/17 _____

X    I concur with the filing of this grievance as being coded 49.
An investigation by _____ can proceed.

_____    I DO NOT concur with the filing of this grievance as being coded 49.
The following action should be taken: _____ .

_____    This incident has been previously or is currently being investigated
by _____ .

_____
_____
_____

Please return the attached to the IGP Supervisor.

Thank you.

12/2016

## INMATE GRIEVANCE RESOLUTION COMMITTEE
## ACKNOWLEDGEMENT OF RECEIPT

TO: __Hall R._____ DIN: __OSA5367__ LOC. __E1-127__

FROM: IGRC OFFICE: Incident date: _____ Action Request: _____ Signature: _____

CODE: __49__ TITLE: __Threats/Retaliction for Prior Grievances__

This notice is to inform you that your grievance has been received by this office on

__12/4/17__. It has been given the log number GH __88 2 9 7 - 1 7__ .DEC 0 5 2017

Your log number, DIN, and cell location must be included on any inquiry made concerning your grievance.

Upon completion of an investigation into your grievance, you will be scheduled for an IGRC hearing. According to Directive #4040 if you do not appear for the hearing without a legitimate reason, the IGRC will hold a hearing in absentia.

If your grievance is numbered as part of a consolidated issue, you may or may not be called for a hearing. However, you will receive a copy of the grievance committee's decision, and you may appeal any decision in accordance with Directive #4040.

Directive #4040 701.3(a) _Inmate's Responsibility_. An inmate is encouraged to resolve his complaints through the guidance and counseling unit, the program area directly affected, or other existing channels (informal or formal) prior to submitting a grievance. Although a facility may not impose pre-conditions for submission of a grievance, the failure of an inmate to attempt to resolve a problem on his own may result in the dismissal and closing of a grievance at an IGRC hearing.

*Notice of Return: **_Please resubmit with correction requested._**

Please be advised that your grievance received on _____ , is being returned to you via callout for one or more of the following reasons. You will be placed on a callout to meet with an IGRC Inmate Representative to make any necessary corrections.

___ No action request, please indicate one.    ___ No incident date noted.

___ No signature    ___ Non-grievable per Directive #4040

___ Unable to understand handwriting.    ___ Loss/damage of property is addressed by utilizing the claim mechanism in accordance with

___Other (as indicated below):    Directive #2733.

_____
_____
_____
_____
_____

IGP Supervisor Stanaway _____    IGP Supervisor Wonsang _____

| NEW YORK STATE Corrections and Community Supervision | Grievance Number<br>GH-88297-17 | | Desig./Code<br>I/49 | Date Filed<br>12/05/17 |
|---|---|---|---|---|
| | Associated Cases | | | Hearing Date<br>06/26/19 |
| ANDREW M. CUOMO<br>Governor  ANTHONY J. ANNUCCI<br>Acting Commissioner | Facility<br>Green Haven Correctional Facility | | | |
| INMATE GRIEVANCE PROGRAM<br>CENTRAL OFFICE REVIEW COMMITTEE | Title of Grievance<br>Threats/Retaliation For Prior Grievance | | | |

### GRIEVANT'S REQUEST UNANIMOUSLY DENIED AS WITHOUT MERIT

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby denied as without merit. CORC upholds the determination of the Superintendent for the reasons stated.

CORC notes that Officer L... was identified as the officer referred to by the grievant, and that he is no longer employed by DOCCS. Therefore, he is unable to respond the grievant's allegation of retaliation. It is further noted that GH-85737-17 and GH-86351-17 were answered by CORC on 8/29/18 and 12/5/18, respectively. CORC has not been presented with sufficient evidence to substantiate any malfeasance by staff.

With respect to the grievant's appeal, CORC notes that the instant complaint was processed in accordance with Directive #4040, § 701.8, therefore, no hearing was held. CORC also notes that he did not name any witnesses in his written complaint or when interviewed by Sergeant J.... He is advised to address security concerns to an area supervisor for the most expeditious means of resolution.

MPS/ral

---------------------------------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------------------------------

This document has been electronically signed by Shelley M. Mallozzi

# GREEN HAVEN CORRECTIONAL FACILITY
## CASE HISTORY AND RECORD COVER SHEET

GRIEVANCE #:      GH-88297-17

NAME:      Hall, R.

DIN #:      05A5367      CONSOLIDATED Y/N: __N__

TITLE:      Threats/Retaliation for Prior Grievance

CODE:      49      I/D: __I__

DATE FILED:      12/5/17

IGRC DATE:      PT

SUPERINTENDENT DATE:      3/22/18

APPEAL DATE:      3/26/18

## INVESTIGATION NOTES:

IGP SUPERVISOR'S SIGNATURE: _X. Wong_      DATE: 4/3/18

To: Green Haven Correctional Facility
Inmate Grievance Program

From: R. Hall #05A5367 (E-1-127)

Re: Grievance No. GH-88297-17
Appeal Statement

Where THE Decision TO Deny Grievance
was Contrary TO Grievance Directive #4040,
not limited TO, THE Absence of A Grievance
Hearing, or Representation By Committee.

"... An inmate, (prisoner), MAY
pursue A complaint THAT A Reprisal
Occurred THrough THE grievance
mechanism" (Directive #4040, sec. 701.6(b))

CO:
Matter of Hall v. GHCF
2018-00779 (2 Dept.)

Hall v. State
130612 (M-91916)

Respectfully Submitted,
Ralph Hall #05A5367
Ralph Hall #05A5367

Dated, March 23, 2018

Grievant  HALL                    Number  05A5367              Cell  E1-127

| NEW YORK STATE Corrections and Community Supervision | Grievance Number 88297-17 | Date Filed 12/5/2017 |
|---|---|---|
| | Title THREATS/RETALIATION FOR PRIOR GRIEVANCE | Code 49 |
| Inmate Grievance Program Green Haven | Superintendent's Signature | Date 3/22/18 |

The grievant complains of threats/retaliation for prior grievances.

According to the investigation, the grievant was interviewed by Sgt. J. The grievant had nothing further to add to his original written complaint nor could he provide any witnesses or support his allegations with any tangible facts.

The grievant was unable to name the CO in his complaint, but did identify him during the interview. That CO has since retired from DOCCS; therefore, he was unable to be interviewed or provide a written statement.

Based on the invetsigation conducted, the grievant's allegations could not be substantiated.

Grievance is denied.

---

Appeal  Statement

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal. Please state why you are appealing this decision to C.O.R.C.

THERE WAS NO HEARING, GRIEVANCE PROCESS WAS "IRREGULAR", GRIEVANCE HEARING WAS NOT REALIZED, ACCORDING TO, OR IN COMPLIANCE WITH DIRECTIVE. SUCH C.O. WHO IS NOW RETIRED, WAS MADE "SERGEANT" PRIOR TO RETIREMENT, AND THE SUBORNING, OR DELAYING OF GRIEVANCE PROCESS. AS TO WITNESSES OF WHICH 3 EXIST, APPEAL WOULD SUFFICE TO - FURTHER SUBSTANTIATE ALL CLAIMS.

cc:

Grievant's Signature  Ralph Hall (RALPH HALL)                    Date  03/23/2018

Grievance Clerk's Signature

Form 2133 (Rev. 2/89)

Tatton DeVance                    Date  3/26/18

**Loren, Rebecca A (DOCCS)**

| | |
|---|---|
| **From:** | Wonsang, Lauren B (DOCCS) |
| **Sent:** | Wednesday, April 11, 2018 8:33 AM |
| **To:** | Loren, Rebecca A (DOCCS) |
| **Subject:** | RE: GH-88297-17 |

It was CO Lazerson, who retired.

Thank you!
**Lauren Wonsang**
Inmate Grievance Supervisor
**Department of Corrections and Community Supervision**
Green Haven Correctional Facility, 594 Route 216, Stormville, NY 12582
(845) 221-2711 x4700 I Lauren.Wonsang@doccs.ny.gov

**From:** Loren, Rebecca A (DOCCS)
**Sent:** Wednesday, April 11, 2018 8:29 AM
**To:** Stanaway, Laura A (DOCCS) <Laura.Stanaway@doccs.ny.gov>; Wonsang, Lauren B (DOCCS)
<Lauren.Wonsang@doccs.ny.gov>
**Subject:** GH-88297-17

I am reviewing the cases we received in the mail yesterday.

Sgt. Johaneman indicates that the grievant identified the staff member during the interview and that they had
left the Department, however, he did not provide the identity of the staff member.

Please have the staff member identified for the grievance file.

Due 4/18

**Rebecca Loren**
Inmate Grievance Program Coordinator

**Department of Corrections and Community Supervision**
The Harriman State Campus,1220 Washington Avenue, Albany, NY 12226
(518) 457-1885 I (518) 457-1891 (fax) I Rebecca.Loren@doccs.ny.gov

www.doccs.ny.gov

1



**NEW YORK STATE** | **Corrections and Community Supervision**

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

To: I.G.P. Supervisor

From: R. Johaneman Sergeant

Subject: GH#88297-17 Hall 05A5367

Date: 03/01/18

I interviewed inmate Hall 05A5367 regarding his written grievance # 88297-17 in E-Block. Inmate Hall had nothing to add to his original written complaint or he offered no new information, he provided no witnesses, he was unable to support his written allegations with any tangible facts, he provided no substantiating documentation or proof.

I was unable to interview the employee that inmate Hall had identified during my interview. The employee has since left the department.

I am unable to find any supporting documentation facts or proof to support these allegations... I must dismiss this complaint as hearsay and consider this matter closed.

Respectfully Submitted:

R. Johaneman Sergeant

2/14/22, 3:30 PM                                                Closed Cases

Department of Corrections and Community Supervision                    Rachael A. Seguin ▾   ⚙   ?

 **Inmate Grievance**   Search Page    Custom Search

# Closed Cases · 05A5367 ·

| Case Number | Title | Grievant Last Name | Grievant DIN Number | Consolidators | Date Filed | Received Date | Schd Date | Case Code |
|---|---|---|---|---|---|---|---|---|
| **Count = 6** | | | | | | | | |
| GH-91850-19 | Keeplocked For Missing IGRC Hearing | HALL | 05A5367 | | 5/17/2019 | 8/27/2019 | 11/5/2020 | 44 - Incarcerated Grievance Program |
| GH-88297-17 | Threats/Retaliation For Prior Grievance | HALL | 05A5367 | | 12/5/2017 | 4/10/2018 | 6/26/2019 | 49 - Staff Conduct |
| GH-86351-17 | Physical Therapy Stopped | HALL | 05A5367 | | 4/26/2017 | 10/3/2017 | 12/5/2018 | 22 - Medical |
| GH-85737-17 | Provide Special Diet | HALL | 05A5367 | | 2/24/2017 | 7/18/2017 | 8/29/2017 | 22 - Medical |
| SS-55051-15 | Legal Mail Opened | HALL | 05A5367 | | 5/12/2015 | 8/18/2015 | 1/13/2016 | 41 - Legal Mail |
| GM-54787-13 | Missing Settlement Check | HALL | 05A5367 | | 1/1/2013 | 2/27/2013 | 7/3/2013 | 36 - Incarcerated Individual Accounts |

# NYS Department of Corrections & Community Supervision
## Inmate Grivance System:  Green Haven Correctional Facility
### Status List

Printed By:  C080LXW

Printed On:  12/4/2017 11:36:27 AM

| GRIEVANT: | NUMBER: | GH_NO: | CODE: | TITLE: | | D8LOGGED: | HEARING: | SUPT_TO_I_: | CORC_DECIS: |
|-----------|---------|--------|-------|--------|---|-----------|----------|-------------|-------------|
| HALL | 05A5367 | | | | | | | | |
| | | 85737-17 | 22 | PROVIDE SPECIAL DIET | | 2/24/2017 | 3/30/2017 | 4/19/2017 | |
| | | 86351-17 | 22 | PHYSICAL THERAPY STOPPED | | 4/26/2017 | 6/5/2017 | 6/22/2017 | |
| | | 87277-17 | 21 | PLACE ON DENTAL CALLOUT | | 8/7/2017 | 9/29/2017 | | |

DEC 0 5 2017

N-88297-17

Page 1 of 1

| STATE OF NEW YORK<br>DEPARTMENT OF<br>CORRECTIONAL SERVICES | GRIEVANCE NO.<br>88297-17 | DATE FILED |
| | FACILITY<br>Green Haven DEC 0 5 2017 | DATE DUE |
| **INMATE GRIEVANCE PROGRAM** | GRIEVANT NAME<br>Hall R | DIN. NO.<br>05A5367 |
| **INVESTIGATION** | SIGNATURE OF REPORT WRITER<br>P. Wanning | DATE<br>12/4/17 |

### NAME OF PERSON(S)/TITLE AND/OR DEPARTMENT INVOLVED:

1. _____  2. _____

3. _____  4. _____

### INVESTIGATIVE REPORT

(Please specify name of person(s) whom you have received the various facts from.)

See attached listing of grievances.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

### RELEVANT DOCS/FACILITY POLICY - CORC/COMMISSIONER DECISION

_____

_____

### ADDITIONAL PERTINENT STATEMENT BY GRIEVANT:

_____

_____

FORM 2132 (REV. 2/89)



**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

## MEMORANDUM

From:     Shelley Mallozzi, Director, Inmate Grievance Program

SUBJ:     Receipt of Appeal

R HALL  05A5367  6/8/2019
Green Haven Correctional Facility
Your grievance GH-88297-17 entitled
Threats/Retaliation For Prior Grievance
was rec'd by CORC on 4/10/2018

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: R. Hall    DIN: 05A5367

USDC/SCA/SECOND Circuit
USM 4D
40 Foley Square
New York, N.Y. 10007
CATTN Clerk of the Court

Legal Mail

1000731802 C099